Filed 11/13/23  In re C.C. CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| In re C.C., a Person Coming Under the Juvenile Court Law. | 2d Juv. No. B329426 (Super. Ct. No. FJ57885) (Los Angeles County) |
| THE PEOPLE, Plaintiff and Respondent, v. C.C., Defendant and Appellant. | |

C.C. appeals from the juvenile court's order denying his suppression motion.  (Welf. & Inst. Code,[1] § 700.1.)  The section 602 petition, as amended, alleged appellant carried a loaded firearm not registered to him on his person in a public place.

_____

[1] Undesignated statutory references are to the Welfare and Institutions Code.

(Pen. Code, § 25850, subd. (c)(6).) After his motion to suppress evidence was denied (§ 700.1), he pleaded no contest. The juvenile court granted deferred entry of judgment. (§ 790 et seq.)

We appointed counsel to represent appellant in this appeal. After counsel examined the record, she filed an opening brief that raises no arguable issues, noting that the order was not appealable. On September 11, 2023, we advised appellant by mail that he had 30 days to submit any contentions or issues he wished us to consider. We have not received a response.

Denial of a motion to suppress pursuant to section 700.1 followed by deferred entry of judgment pursuant to section 790 et seq. is not an appealable judgment or order. (*In re Mario C.* (2004) 124 Cal.App.4th 1303, 1308-1309.) Accordingly, the appeal must be dismissed.

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with her responsibilities and that no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 109-110; *People v. Wende* (1979) 25 Cal.3d 436, 441.)

DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED.

BALTODANO, J.

We concur:

GILBERT, P. J.        CODY, J.

2

Benjamin R. Campos, Temporary Judge
(Pursuant to Cal. Const., art. IV, § 21.)

Superior Court County of Los Angeles

_____

Dee A. Hayashi, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.